IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLARK, LOVE & HUTSON, P.L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. |
| | ) | |
| JAMES M. BEGGS, LYNDA LANDERS | ) | |
| And BEGGS LANDERS LAW FIRM, PLLC, | ) | |
| | ) | **NOTICE OF REMOVAL** |
| Defendants. | ) | **(CV51385)** |

## INDEX OF MATTERS BEING FILED

1) Notice of Removal to Federal Court w Exb 1(Sealed), 2, 3

2) Index of Matters Being Filed

3) Docket Sheet

4) Plaintiff's Original Petition filed 7.1.2019

5) Temporary Restraining Order filed 7.1.2019

6) Plaintiff's Motion for Expedited Discovery filed 7.1.2019

7) Order Granting Plt's Motion for Discovery filed 7.1.2019

8) Defendant's Motion to Transfer Venue filed 7.9.2019

9) Defendant's Motion to Dismiss filed 7.9.2019

10) Notice of All Counsel of Record